v.

**MUNCHKIN, INC., Appellee.**

No. 2014–1653.

United States Court of Appeals,
Federal Circuit.

April 14, 2015.

**AMERICAN AUTO LOGISTICS,
LP, Plaintiff–Appellant,**

v.

**UNITED STATES, International Auto
Logistics, LLC, Defendants–
Appellees.**

No. 2014–5132.

United States Court of Appeals,
Federal Circuit.

April 15, 2015.

WALLACH, MAYER, and CHEN, Circuit Judges.

Timothy A. Sullivan, Thompson Coburn, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by Katherine S. Nucci, Jayna Marie Rust, Scott F. Lane, St. Louis, MO.

Douglas K. Mickle, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.

Walter Brad English, Maynard, Cooper & Gale, P.C., Huntsville, AL, argued for defendant-appellee International Auto Logistics, LLC. Also represented by Emily J. Chancey, John Andrew Watson, III, Gary L. Rigney, Jon Davidson Levin.

DYK, O'MALLEY, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**